UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAX TOUHEY,

                Plaintiff,

        -v-

URBN PLAYGROUND, INC.,

                Defendant.

25-CV-4435 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Defendant was served on June 4, 2025. (ECF No. 8.) On June 24, 2025, the Court extended the deadline for Defendant to answer, move, or otherwise respond to the complaint to July 25, 2025. (ECF No. 12.) However, no response to the complaint has been filed. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by August 14, 2025, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    SO ORDERED.

Dated: July 31, 2025
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge